The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on September 3, 2015, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: September 3, 2015**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE:<br><br>Robert W. Vaughn<br><br>Nancy Vaughn<br><br>Debtor(s). | CASE NO. 13-16285<br><br>CHAPTER 7<br><br>JUDGE Arthur I. Harris<br><br>ORDER GRANTING MOTION TO REDACT PERSONAL IDENTIFIERS, WITH REDACTED FILING |

Milos Gvozdenovic , (the "Movant"), under penalty of perjury, declares that the following statements and information are true and correct.

1. A document appearing on the court's docket report or claims register does not comply with Fed. R. Bankr. P. 9037, and is in need of redaction of personal identifiers found therein.

2. The movant has either docketed the event Motion - Redact in ECF and has paid the filing fee OR has moved for and been granted a waiver of the filing fee.

3. The following checked statement applies:

    (●) The document to be redacted is the main document of a filing on the court's docket,

appearing as docket entry number  65     .

○ The document to be redacted is an attachment to a filing on the court's docket, appearing as attachment number _____ to docket entry number _____.

○ The document to be redacted is the main document of a proof of claim, appearing on the claims register as claim number _____ - _____.

○ The document to be redacted is an attachment to a proof of claim, appearing on the claims register as part number _____ of claim number _____ - _____.

4. A redacted document in conformance with Fed. R. Bankr. P. 9037 is appended to this submission, and except for the redaction of personal identifiers is an exact duplicate of the entire document to be redacted.

5. WHEREFORE, Movant requests that the Court issue an Order granting this motion to redact personal identifiers.

Respectfully submitted,

/s/ Milos Gvozdenovic (0077969)
Movant's Signature (Bar Number if Attorney)

965 Keynote Circle
Brooklyn Heights, OH 44131

Movant's Address

216-739-5647
Movant's Phone Number

IT IS, THEREFORE, ORDERED that:

1. The motion is granted.

2. The Clerk shall restrict access to the unredacted document cited above, and attach the redacted document submitted by the movant to the specified docket event or claim number.

###

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re: ) Case No. 13-16285
) Chapter 7
Robert W. Vaughn ) Judge Arthur I. Harris
Nancy Vaughn )
)
) PETITION FOR UNCLAIMED FUNDS
Debtors ) AND ORDER THEREON[1]

Milos Gvozdenovic, the Petitioner, under penalty of perjury, declares that the following statements and information are true and correct:

1. *Identification of Claimant.* The Claimant's current name, address, and telephone number are:
   Name: PNC Bank N.A.
   Address: 6750 Miller Road, Brecksville, OH 44141
   Telephone Number: 1-866-622-2657

---

[1] For purposes of this Petition and the attached Exhibit A, the following terms apply:
- "Petitioner" means either the Claimant or the Authorized Representative, or an attorney at law representing the Claimant or Authorized Representative.
- "Claimant" means either (a) a party in the above-captioned case who was due to receive a distribution of funds from the estate of the Debtor, but which funds were instead deposited as unclaimed funds with the Court, or; (b) a person or entity that gained the rights of ownership of the original owner's claim.
- "Authorized Representative" means a person or entity given written authorization by the Claimant to file this Petition on behalf of the Claimant, or a person or entity serving as a duly authorized representative of the estate of a Claimant who is deceased. This includes but is not limited to an employee of the Claimant, a funds locator service, and an attorney-in-fact.

2. *Amount of Distribution.* The Claimant was due to receive a distribution from the estate of the Debtor in the above-captioned case in the amount of $ 4,268.19     . The Claimant's Tax ID/Social Security Number and other required documentation are submitted separately with Exhibit A, and will be docketed as private docket events.

3. *Evidence of Funds Due.* The funds due Claimant were deposited with the Court pursuant to 11 U.S.C. § 347. As evidence thereof, the following document is appended to the Petition (check applicable box):

   [✓] a copy of the Unclaimed Funds Search web page;

   [ ] a copy of the court order depositing the funds into the Treasury/Registry as unclaimed;

   [ ] a copy of the receipt and attached list of parties entitled to the unclaimed funds;

   [ ] other supporting documentation (please describe): _____
   _____.

4. *Legal Status of Petitioner.* The following checked statement applies:

   [ ] Petitioner is the Claimant.

   [✓] Petitioner is an attorney at law representing the Claimant.

   [ ] Petitioner is the Authorized Representative of the Claimant.

   [ ] Petitioner is an attorney at law representing the Authorized Representative of the Claimant.

   [ ] The above subparagraphs do not apply, but Petitioner is entitled to payment of such monies because (state basis for claim):
   _____
   _____

5. *Authorized Representative of Claimant.* If the Petitioner is the Authorized Representative of the Claimant, or an attorney at law representing the Authorized Representative of the Claimant, append to the Petition a notarized, original power of attorney signed by the Claimant on whose behalf the representative is acting.

6. *Status of Successor Claimant*. If the current Claimant is not the original holder of the claim, the following requirements apply:

    (a) *Successor Business*. If Claimant is a Successor Business Claimant, check this box ☐ and append to the Petition the following documents:
    - a notarized power of attorney signed by an officer of the successor business;
    - a statement of the signing officer's authority; and
    - documentation establishing chain of ownership from the Business Claimant.

    (b) *Transferred Claim*. If Claimant is a Successor Claimant holding a transferred (assigned) claim, check this box ☐ and append to the Petition documentation evidencing the transfer of claim.

    (c) *Decedent's Estate*. If the owner of record is deceased and the Claimant is the decedent's estate, check this box ☐ and append to the Petition certified copies of probate documents establishing the representative's right to act on behalf of the decedent's estate.

7. *Verification of Claim*. Upon sufficient inquiry, and upon Petitioner's information and belief, this claim has not been previously paid, no other petitions or requests for payment are pending, and there are no other parties other than Claimant entitled to these funds.

8. *False Statements*. Petitioner understands that pursuant to 18 U.S.C. § 152, a fine or imprisonment, or both, may be imposed if Petitioner has knowingly and fraudulently made any false statements in this document.

9. *Exhibit A*. Petitioner certifies that the required proofs of identification attached to Exhibit A are legitimate and proper.

10. *Service*. Petitioner has served a copy of the Petition for Unclaimed Funds and Order Thereon, Exhibit A, and all attached documents by regular U.S. Mail this __2__ day of __September__, __2015__ to the United States Attorney for the Northern District of Ohio, Carl B. Stokes United States Courthouse, 801 West Superior Avenue, Suite 400, Cleveland, Ohio 44113. The United States Attorney is allowed 14 days from the date of service to file an objection to payment of these funds.

WHEREFORE, pursuant to 11 U.S.C. § 347, 28 U.S.C. § 2042, and Local Bankruptcy Rule 3011-1, Petitioner requests that the Court issue an Order directing payment to the Claimant in the amount set forth in section 2, above, and that payment be forwarded to the Petitioner.

3

Under penalty of perjury, I, the Claimant, or the Authorized Representative of the Claimant, certify that:

1. The information contained herein is true and correct to the best of my knowledge, information, and belief;
2. The Tax ID/Social Security Number on Exhibit A is correct, and;
3. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest and dividends, or (c) the IRS has notified me that I am no longer subject to the backup withholding, and;
4. I am (a) an individual who is a U.S. citizen or U.S. resident alien, or (b) a partnership, corporation, company, or association created or organized in the United States or under the laws of the United States.

(Corporate Seal, if applicable)    Signature of Claimant or Authorized Representative of Claimant: _Jennifer Thompson_    Date: 8/28/2015

State of _Ohio_
County of _Cuyahoga_

Before me on _August 28, 2015_ personally appeared the Claimant or the Authorized Representative of Claimant (insert name and title of signer) _Jennifer Thompson_ personally known to me, or proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed to the within instrument, and acknowledged to me that (s)he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

(SEAL) [Joseph Whitkofski, Notary Public, State of Ohio]

Notary Public

My commission expires on _11/27/17_

Petitioner's Signature (Bar Number if Attorney)

Milos Gvozdenovic (0077969)

985 Keynote Circle, Brooklyn Heights, OH 44131
Petitioner's Address

216-739-5647
Petitioner's Phone Number

IT IS SO ORDERED.
# # #

4

# Unclaimed Funds Search

The Unclaimed Funds Search allows the public to search this Court's database of bankruptcy-related funds that have been (1) marked for distribution, where the case trustee has been unable to locate the creditor or other party entitled to the funds; or (2) distributed by the trustee, but not negotiated by the creditor or other party entitled to the funds.

NOTE: When searching by Creditor or Case Name, the search will go through the entire string, so a search of "ONE" will return: AKRON TELEPHONE, BANK ONE, FRED JONES, etc.

Creditor / Claimant: [          ]

Case Number: [13-16285]
(example: 00-00000)

Case Name / Debtor Name: [          ]

Amount: [is greater than or equal to ▼] [     ]

Date Received: [is after ▼] [     ]
(format: mm/dd/yyyy)

Date Paid: [is after ▼] [     ]
(format: mm/dd/yyyy)

◉ Show Both Paid and Unpaid Records
○ Show Unpaid Records Only
○ Show Paid Records Only

[Clear] [Search]

| Case Number | Date Received | Receipt Number | Creditor / Claimant | Case Name / Debtor Name | Amount | Paid? | Date Paid |
|---|---|---|---|---|---|---|---|
| 13-16285 | 10/30/2014 | 30539602 | PNC BANK | ROBERT W. VAUGHN AND NANCY VAUGHN | 4,268.19 | No | |

**How to Claim Unclaimed Funds**    **Fillable Petition and Exhibit**

Pursuant to federal law (18 U.S.C. § 152) a fine or imprisonment, or both, may be imposed on anyone who has knowingly and fraudulently made any false statements with respect to unclaimed funds.

# United States Bankruptcy Court

Northern District Of Ohio

In re Robert W. Vaughn Nancy Vaughn
    Debtor

Case No. 13-16285

Chapter 7

## GENERAL POWER OF ATTORNEY

To Milos Gvozdenovic    of* Weltman, Weinberg & Reis Co. LPA , and
of* _____

    The undersigned claimant hereby authorizes you, or any one of you, as attorney in fact for the undersigned and with full power of substitution, to vote on any question that may be lawfully submitted to creditors of the debtor in the above-entitled case; [*if appropriate*] to vote for a trustee of the estate of the debtor and for a committee of creditors; to receive dividends; and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in this case.

Dated: 8/28/2015

Signed: *Jennifer Thompson*

By Jennifer Thompson

as Bankruptcy Supervisor

Address: 6750 Miller Rd.
Brecksville, OH 44141

[*If executed by an individual*] Acknowledged before me on August 28, 2015

[*If executed on behalf of a partnership*] Acknowledged before me on August 28, 2015
by Jennifer Thompson, who says that he [*or* she] is a member of the partnership named above and is authorized to execute this power of attorney in its behalf.

[*If executed on behalf of a corporation*] Acknowledged before me on August 28, 2015
by Jennifer Thompson, who says that he [*or* she] is Bankruptcy Supervisor of the corporation named above and is authorized to execute this power of attorney in its behalf.

Senior Loan Support Specialist
[*Official character.*]

* State mailing address.

(Notary seal: JOSEPH WHITKOFSKI, NOTARY PUBLIC, STATE OF OHIO, EXP. NOVEMBER 27, 2017)